■ JACK HAMRICK, Respondent, v ANTHONY CERULLO et al., Respondents-Appellants, and SHELL OIL COMPANY, Appellant-Respondent, et al., Defendants. — Appeal from resettled judgment, Supreme Court, New York County (Blyn, J.), entered on March 12, 1982, withdrawn, with prejudice and without costs and without disbursements to any party. Concur — Murphy, P. J., Kupferman, Bloom and Alexander, JJ.

■ BARALAN INTERNATIONAL S.P.A., Respondent, v VETRERIE BORMIOLI, INC. et al., Defendants, and AVANT INDUSTRIES, LIMITED, Appellant. — Order, Supreme Court, New York County (H. Williams, J.), entered on November 30, 1981, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of this appeal. The appeal from the order of said court entered on February 11, 1982 denying motion for reargument (denominated a motion for renewal or reargument) is dismissed, without costs and without disbursements, as said order is nonappealable. No opinion. Concur — Murphy, P. J., Ross, Fein and Kassal, JJ.

■ CBS INC., Respondent, v SAM FITCHELBERG, Doing Business as RECORD HAVEN, Appellant. — Appeal from order, Supreme Court, New York County (Alexander, J.), entered on October 14, 1980, unanimously dismissed as moot, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Ross, Silverman, Fein and Kassal, JJ.

■ MICHAEL COLLINS Individually and as President of the Transit Supervisors Organization, et al., Respondents-Appellants, v MANHATTAN & BRONX SURFACE TRANSIT OPERATING AUTHORITY (MABSTOA) et al., Appellants-Respondents. — Order, Supreme Court, New York County (Greenfield, J.), entered on January 11, 1982, unanimously affirmed for the reasons stated by Greenfield, J., at Special Term, without costs and without disbursements. Concur — Kupferman, J. P., Sullivan, Markewich, Lynch and Kassal, JJ.

■ FRANCINE M. SEWER et al., Respondents, v MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant. — Order, Supreme Court, New York County (Kirschenbaum, J.), entered on May 6, 1982, unanimously affirmed for the reasons stated by Kirschenbaum, J., at Special Term. Respondents shall recover of appellant $50 costs and disbursements of this appeal. Concur — Kupferman, J. P., Sullivan, Markewich, Lynch and Kassal, JJ.

■ NORMAN KAMIAT, Respondent, v NETTIE M. KAMIAT, Appellant. — Order, Supreme Court, New York County (Stecher, J.), entered on April 5, 1982, unanimously affirmed, without costs and without disbursements, for the reasons stated by Stecher, J. Concur — Sandler, J. P., Carro, Lynch and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS RIVERA CORTIJO, Appellant. — Judgment, Supreme Court, Bronx County (J. Cohen, J.), rendered on January 2, 1982, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Sandler, J. P., Carro, Lynch and Milonas, JJ.

■ NATIONAL BANK OF ABU DHABI, Respondent, v NAGI ZAKI et al., Appellants. — Judgment, Supreme Court, New York County (Pine, J.), entered on September 21, 1981, unanimously affirmed, for the reasons stated by Pine, J., at Trial Term. Respondent shall recover of appellants $75 costs and disbursements of this appeal. Concur — Sandler, J. P., Carro, Lynch and Milonas, JJ.